IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN CALDERON-TORRES, ET. ALS.<br>Plaintiff<br>vs<br>SIG SAUER, INC.<br>Defendants | CIVIL NO.: 24-1441 (PAD)<br><br>CIVIL JURY DEMANDED |

**PLAINTIFF'S RESPONSE AND INFORMATIVE MOTION RELATED TO DEFENDANT'S "MOTION TO COMPEL"**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Edwin Calderon Torres, though the undersigned attorneys, and respectfully informs, states, and prays as follows:

1. Since May of 2025, Plaintiffs complied with the discovery presented and Defendants have been arguing and requesting additional evidence, documents and dates, in order to accommodate their discovery.

2. On September 8, 2025, Defendants presented a "Motion to Compel" in which they argue, among many things, the incompliance of Plaintiffs to their additional requests, which some have been submitted (but not as they want them to be).

3. The following are the Orders offered to this Honorable Court:

(1) order that Plaintiff Edwin Calderon Rodriguez appears to his deposition in person in Puerto Rico, as originally agreed by the parties, as to this pretention from Defendants, when the deposition was schedule, Edwin Raul Calderon Rodriguez was not consulted the date, after doing so, he notified that it would be impossible for him to come to Puerto Rico to appear in a deposition and that he could be available "Via Zoom". Attorneys have notified Defendants

1

with a "Third Answer to Interrogatories" signed by the plaintiff under penalty of perjury, in which it is informed his work schedule and the reason why he cannot come to Puerto Rico.

(2) order Plaintiffs to produce the documents and information requested during the depositions of the Family members Plaintiffs (Gladys Torres, Jacob Calderon Rodriguez, and Samuel Calderon Torres) in a final term and subject to more stricter sanctions if not produced; as to this pretention from Defendants, the information was submitted by brother counsel Izurieta, but the same was not "under penalty of perjury. Plaintiffs will submit the same within the next 15 days.

(3) order Plaintiffs to obtain certified translations of the transcripts of depositions of Gladys Torres, Jacob Calderon Rodriguez, Samuel Calderon Torres, and Edwin Calderon Garcia at their cost, within a reasonable term and subject to more stricter sanctions in the event of Plaintiffs' fail to comply, as to this pretention from Defendants it is clear that the Discovery being conducted and related to this particular issue is requested by Defendant's therefore the burden of costs, translation and so forth should be is on their behalf (a Multi-Billion Company). Even that said plaintiff's attorney Izurieta was of the impression that only Mrs. Gladys Rodriguez deposition was part of his compromise because the deposition was already scheduled, and everyone was at the deposition to be commenced. As he understood the remaining depositions were to be conducted as a normal fashion in which Defendants would bear all costs of their discovery. In order to not delay the discovery brother counsel Izurieta, at his own cost, has translated 3 of the depositions, and the remaining are in process of being so, incurring in an expense of thousands of dollars. As to the rest of the discovery Defendants must bear the costs and not pretend to transport the costs to the Plaintiffs which are common and humble people, with limited resources.

4. In other issues, the parties have been discussing, working and meeting, to discuss various discovery issues, among which are the following:

   a. A Protective Order related to Confidential and sensitive material, evidence and information, coming from the Defendants. At this point the parties have not reached an agreement as to a final draft even though we are working in good faith for that purpose. This issue has obstructed the delivery of all pertinent and relevant information requested to by Plaintiffs to Defendants in their discovery, as such it has timely impacted the flow of information which is crucial and sensitive for the plaintiff communication with their experts.

   b. A Transfer Protocol Motion has been discussed by parties in order to request an Order to this Honorable Court to establish a transfer protocol of the subject pistol, magazine, holster, photos of the FIU investigation, casings (2) and projectiles (2), from the Puerto Rico Police Bureau to the offices of Plaintiff's Expert

   c. As to continuation pending Depositions, with regards to Plaintiff Calderon-Torres the same was not concluded and has been rescheduled for October 7th, 2025, at 9:00 am.

   d. As to continuation pending Depositions, with regards to Witness Agent Jose Luis Sanchez-Diaz (police armorer) the same was not concluded yesterday, the witness informed that he would be out of Puerto Rico until December and that he would be available after December 15th, 2025. Therefore, the continuation of his deposition has been rescheduled for December 15th, 2025, at 9:00 am. This will also have an impact in the expert-related work of the plaintiffs.

5.    Therefore, it is Respectfully informed to this Honorable Court that the discovery issues are being addressed as indicated.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court take notice of this motion and grant a 15 day term to finally comply. And, to take notice of the pending issues informed.

RESPECTFULLY SUBMITTED.

**IT IS HEREBY CERTIFIED**: that we have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

In San Juan, Puerto Rico, this 22th day of September of 2025.

**DIAZ-IZURIETA LAWFIRM**

**S/ RICARDO IZURIETA-ORTEGA**
USDC Bar No.: 124205
Urb. Crown Hills Ave. Winston Churchill PMB 914 San Juan, P.R. 00926
Tel. 787-531-9419
Izurieta.ricardo@gmail.com
**S/ JOSE VLADIMIR DIAZ-TEJERA**
USDC Bar No.: 208604
P.O. BOX 423
Trujillo Alto, PR 00977
Tel. 787-755-3440
Diaz_tejera_lawfirm@yahoo.com