IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EDWIN CALDERÓN-TORRES; <u>et al.</u>**<br><br>    **Plaintiffs,**<br><br>                    **v.**<br><br>**SIG SAUER, INC.**<br><br>    **Defendant.** | **CIVIL NO. 24-1441 (PAD)** |

**PARTIAL JUDGMENT**

In accordance with this Court's Order of even date (Docket No. 75), and there being no just reason for delay, partial judgment is hereby entered pursuant to the "Joint Stipulation for Dismissal with Prejudice as to Edwin Calderón Rodríguez's Claims" (Docket No. 73), the terms of which are adopted and incorporated as part of this judgment. Accordingly, the claims of plaintiff Edwin Calderón-Rodríguez against defendant are hereby dismissed with prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of October 2015.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge