IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN CALDERON-TORRES, ET. ALS.<br>Plaintiff<br><br>Vs<br><br>SIG SAUER, INC.<br>Defendants | CIVIL NO.: 24-1441 (PAD)<br><br>CIVIL JURY DEMANDED |

**PLAINTIFF'S RESPONSE AND INFORMATIVE MOTION RELATED TO DEFENDANT'S "MOTION TO COMPEL" and COURT ORDER DKT. 85**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Edwin Calderon Torres, though the undersigned attorneys, and respectfully informs, states, and prays as follows:

1. Since May of 2025, Plaintiffs complied with the discovery presented and Defendants have been arguing and requesting additional evidence, documents and dates, and a dissection of the documents provided, separately by each remaining Plaintiffs.

2. Also, the Order from the court docket related to the compliance of SIG's request, item by item and plaintiff by plaintiff, as requested on August 14th, 2025, email from Coto.

3. Now using the court's order as guideline, we have submitted the answers again divided item by item and plaintiff by plaintiff. We hope in compliance with this Honorable Court Order.

4. It is our humble position that the family members Plaintiffs did comply again and taking into consideration another admonition of this Honorable Court, and

1

most respectfully have tried to comply to produce the materials, documents and answer separately the request by the remaining plaintiffs.

5. It is clear that the family of Plaintiffs did comply and obeyed this Honorable Court's Order, to their best capabilities, since it is a document submitted as part of the discovery there is not much that the attorneys can do in order to help the process and not influence or answer by the party, therefore we apologize for the situation.

6. Therefore, it is Respectfully informed to this Honorable Court that Plaintiffs have complied at their best capabilities again to the courts order.

7. Also, to comply with the court's order, counsel Izurieta tried to deliver the documents to counsel Coto who proudly represents defendant SIG SUAER, Inc., (and who has been the lead counsel in this tortuous discovery journey) and he did not authorize the receipt of the documents in his office.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court take notice of this motion and determines that the Plaintiffs have fully complied with their discovery responsibilities.

RESPECTFULLY SUBMITTED.

**IT IS HEREBY CERTIFIED**: that we have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

In San Juan, Puerto Rico, this 21st day of January of 2026.

**DIAZ-IZURIETA LAWFIRM**

**S/ RICARDO IZURIETA-ORTEGA**
USDC Bar No.: 124205
Urb. Crown Hills Ave. Winston Churchill PMB 914 San Juan, P.R. 00926
Tel. 787-531-9419
Izurieta.ricardo@gmail.com
**S/ JOSE VLADIMIR DIAZ-TEJERA**
USDC Bar No.: 208604
P.O. BOX 423
Trujillo Alto, PR 00977
Tel. 787-755-3440
Diaz_tejera_lawfirm@yahoo.com

3